## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**Plaintiff**

v.                                                                                  Civil No. 4:21-cv- 365

**$554,350.79 +/- IN UNITED STATES CURRENCY**

**Defendant**
_____/

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

COMES NOW the United States of America, Plaintiff in this action, by and through the undersigned Assistant United States Attorney, and alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

2. This Court has in rem jurisdiction over the defendant property pursuant to:

   a. 28 U.S.C. § 1355(b)(1)(A) because pertinent acts or omissions giving rise to the forfeiture occurred in the Northern District of Florida; and

1

    b. 28 U.S.C. § 1355(b)(1)(B) because venue properly lies in the Northern District of Florida pursuant to 28 U.S.C. § 1395.

3. Venue lies within the Northern District of Florida pursuant to 28 U.S.C. § 1395(a), because the action occurred within the Northern District of Florida.

4. The Defendant property is $554,350.79 +/- in United States currency (Defendant Property).

5. Defendant Property was seized from Hancock Whitney Bank from Account Number ending in 7309, held in the name of John Kuhlmann and Janet Kuhlmann. The Defendant Property was seized by a federal seizure warrant (see 4:21mj93-MAF) on May 18, 2021.

6. The Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 982 on the grounds that the Defendant Property is proceeds traceable to and/or derived from an offense constituting a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), conspiracy to commit money laundering in violation of 18 U.S.C. § 1957, mail fraud in violation of 18 U.S.C. § 1341, wire fraud in violation of 18 U.S.C. §§ 1343 and/or 1349, and structuring to evade reporting requirements in violation of 31 U.S.C. § 5324.

7.      The facts and circumstances supporting the seizure and forfeiture of the Defendant Property are contained in Exhibit A, which is attached hereto and fully incorporated within this Complaint by reference.

WHEREFORE, the United States of America respectfully requests that process of forfeiture be issued against the Defendant Property, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed, that the Court decree the condemnation and forfeiture of the property to the United States for disposition according to law and that the United States be granted such other relief as the Court deems just and proper.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 85932
111 North Adams Street, 4th Fl
Tallahassee, Florida 32301
(850) 942-8430
andrew.grogan@usdoj.gov

## DECLARATION

I, Candace Vreeland, am a Special Agent with the United States Secret Service, currently assigned to the Tallahassee Resident Office in Tallahassee, Florida.

I have read the contents of the foregoing Complaint for forfeiture, and the Exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of August, 2021.

*Candace Vreeland*
**CANDACE VREELAND**
Special Agent
United States Secret Service


**STATE OF FLORIDA**
**COUNTY OF** Leon

The foregoing was sworn before me this 31st day of August, 2021, by Special Agent Candace Vreeland, who is (personally known to me) or has produced _____ as identification.


Aimee Joanos
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG306706
Expires 2/27/2023

Notary Public

4